1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TIMOTHY S. DAUBERT,                    )    1:06cv0522 AWI DLB
                                       )
                                       )
                                       )    ORDER DIRECTING PLAINTIFF TO FILE
                     Plaintiff,        )    USM-285 FORMS
                                       )
       v.                              )
                                       )
OPHIR MANAGEMENT SERVICE,              )
CITY OF LINDSAY,                       )
                                       )
                                       )
                                       )
                     Defendants.       )
_____)

17        Plaintiff, appearing pro se and proceeding in forma pauperis, filed the instant complaint

18  under the Americans with Disabilities Act on May 1, 2006.

19                                    DISCUSSION

20  A.      Screening Standard

21        Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of the

22  complaint for sufficiency to state a claim.  The court must dismiss a complaint or portion thereof

23  if the court determines that the action is legally "frivolous or malicious," fails to state a claim

24  upon which relief may be granted, or seeks monetary relief from a defendant who is immune

25  from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state

26  a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be

27  cured by amendment.

28

In reviewing a complaint under this standard, the Court must accept as true the allegations of the complaint in question, <u>Hospital Bldg. Co. v. Trustees of Rex Hospital</u>, 425 U.S. 738, 740 (1976), construe the pro se pleadings liberally in the light most favorable to the Plaintiff, <u>Resnick v. Hayes</u>, 213 F.3d 443, 447 (9th Cir. 2000), and resolve all doubts in the Plaintiff's favor, <u>Jenkins v. McKeithen</u>, 395 U.S. 411, 421 (1969).

B.    <u>Analysis</u>

In his complaint, Plaintiff alleges that Ophir Management Service owns property within the City of Lindsay and that it leases the property to various businesses.  Plaintiff alleges that many of the businesses are not compliant with provisions of the Americans with Disabilities Act ("ADA") and that the City of Lindsay has refused to enforce compliance.

The complaint appears to state a cause of action pursuant to the ADA.

Accordingly, IT IS HEREBY ORDERED that:

1.    Service is appropriate for the following Defendants:

Ophir Management Service

City of Lindsay

2.    The Clerk of the Court shall send Plaintiff two USM-285 forms, two summons, an instruction sheet and a copy of complaint filed May 1, 2006.

3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.    Completed summons;

b.    One completed USM-285 form for each Defendant listed above; and

c.    three copies of the endorsed complaint filed May 1, 2006.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

1     5.    <u>The failure to comply with this Order will result in a Recommendation that this</u>

2    <u>action be dismissed.</u>

3

4    IT IS SO ORDERED.

5    **Dated:**   **September 27, 2006**          **/s/ Dennis L. Beck**

6   3b142a                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28