UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:06cv0522 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| OPHIR MANAGEMENT SERVICE, CITY OF LINDSAY, | ) | |
| Defendants. | ) | |

    Plaintiff, appearing pro se and proceeding in forma pauperis, filed the instant complaint under the Americans with Disabilities Act on May 1, 2006.

    On September 28, 2006, the Court ordered Plaintiff to submit to the Court a Notice of Submission of Documents, along with a completed summons, one completed USM-285 form for each Defendant, and three copies of the endorsed complaint filed May 1, 2006. Plaintiff had thirty (30) days from the date of service of the order within which to comply.

    Over thirty (30) days have passed and Plaintiff has not submitted the required documents to the Court. Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed for his failure to follow the September 28, 2006. Plaintiff shall respond to this order to show cause in writing, within fifteen (15) days of the date of service of this order. If Plaintiff needs additional time to complete the documents required by the September 28, 2006, order, he should so state in his response.

1

1  Failure to file a response to this order to show cause will result in a recommendation that
2  this action be dismissed.
3
4  IT IS SO ORDERED.
5  Dated: **November 8, 2006**                    **/s/ Dennis L. Beck**
   3b142a                                          UNITED STATES MAGISTRATE JUDGE